AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| James E. Bethea | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    2:11-cv-631-MBS |
| Warden of FCI Edgefield | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with
costs.

❐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted. This
case is dismissed without prejudice. The Petitioner shall take nothing on his petition filed pursuant to Title 28
U.S.C. § 2241.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

Date:    August 10, 2011

*CLERK OF COURT*

s/H. Hillman

*Signature of Clerk or Deputy Clerk*